PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION   ☑ INDICTMENT

CASE NO. 2:23-cr-00055-CDS-DJA

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added
☑ Indictment   ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: EDUARDO RUBEN LOPEZ

Address:

[Stamp: ENTERED / MAR 15 2023 / CLERK US DISTRICT COURT / DISTRICT OF NEVADA]

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT   Las Vegas
DISTRICT OF NEVADA   Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM**
Ellenrose Jarmolowich
☐ U.S. Atty   ☐ Other U.S. Agency
Phone No. (702) 388-6336

**Name of Asst. U.S. Attorney (if assigned)**
ERIC C. SCHMALE

☐ Interpreter Required   Dialect: _____

Birth Date _____
☑ Male   ☐ Female
☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Tanaz Korami ~ FBI

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

**DEFENDANT**

Issue: ☐ Warrant   ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

Place of offense | County

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts ___1___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 15 U.S.C. § 1 | Antitrust Conspiracy: Price Fixing | 1 |