UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>Defendant. | Case No.: 2:23-cr-00055-CDS-DJA |

**ORDER**

Based on the government and defendant's motion, and good cause appearing therefore, IT IS HEREBY ORDERED that counsel for the government and defendant may appear by video at defendant's initial appearance and arraignment on March 28, 2023.

DATED this 27th day of March, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3