# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>Defendant. | Case No. 2:23-cr-00055-CDS-DJA<br><br>**ORDER ON DEFENDANT LOPEZ'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>**[FILED UNDER SEAL UNDER *UNITED STATES V. SLEUGH*, 896 F.3d 1007 (9th Cir. 2018) AND UNDER COURT ORDER (ECF NO. 28)]** |

Upon motion of Defendant Lopez filed *ex parte* under seal, and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant Lopez's motion for leave to file documents under seal is GRANTED. The clerk of the court shall seal Defendant Lopez's Motion to Seal, *Ex Parte* Motion for rule 17(c) Pre-Trial Subpoenas *Duce Tecum* and Memorandum in Support, and its supporting Declaration and Exhibits on the docket, consistent with *United States v. Sleugh*, 896 F.3d 1007, 1010, 1012 (9th Cir. 2018), and Stipulation for Amended Protective Order. (ECF No. 28).

**It Is So Ordered**.

Dated this 6th day of July, 2023.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE