JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EDUARDO RUBEN LOPEZ,<br>   a/k/a "Edward Lopez,"<br><br>Defendant | Case No. 2:23-cr-00055-CDS-DJA<br><br>**Order Granting Motion for Government Attorney Appearance Under Local Rule IA 11-3**<br><br>[ECF No. 72] |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Mikal Condon, Senior Litigation Counsel with the Department of Justice, Antitrust Division, be permitted to appear before this Court in the above-captioned case.

Ms. Condon is a member in good standing of the bar of the State of California. She is employed by the United States as an attorney, and, in the course and scope of her

///
///

employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: October 23, 2023

                                        Respectfully submitted,

                                        */s/ Susan Cushman*
                                        SUSAN CUSHMAN
                                        Assistant United States Attorney
                                        Chief, Criminal Division

IT IS SO ORDERED:

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: __October 25, 2023__