# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO RUBEN LOPEZ,<br><br>Defendant. | Case No. 2:23-cr-00055-CDS-DJA<br><br>**ORDER ON DEFENDANT LOPEZ'S SEALED AND *EX PARTE* MOTION FOR RULE 17(c) PRE-TRIAL SUBPOENA *DUCES TECUM* AND MEMORANDUM IN SUPPORT**<br><br>**[FILED UNDER SEAL UNDER COURT ORDER (ECF NOS. 35, 46 AND 52)]** |

Upon motion of Defendant Lopez filed *ex parte* under seal, and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant Lopez's motion for leave to file documents under seal is GRANTED. The clerk of the court shall seal Defendant Lopez's Motion to Seal, *Ex Parte* Motion for Rule 17(c) Pre-Trial Subpoena *Duces Tecum* and Memorandum in Support, and its supporting Declaration and Exhibits on the docket, consistent with *United States v. Sleugh*, 896 F.3d 1007, 1010, 1012 (9th Cir. 2018), and prior Court orders. (ECF Nos. 35, 46 and 52).

**It Is So Ordered**.

Dated this 25th day of October, 2023.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE