MORGAN, LEWIS & BOCKIUS LLP (*pro hac vice*)
MARK L. KROTOSKI (*pro hac vice*)
California Bar No. 138549
Email: mark.krotoski@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 843-4000
Fax: (650) 843-4001
MARK A. FELLER (*pro hac vice motion forthcoming*)
California Bar No. 319789
Email: mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: 415-442-1000
Fax: 415-442-1001

CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709

Attorneys for Defendant, Eduardo Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>                    Defendant. | Case No. 2:23-cr-00055-CDS-DJA<br><br>ORDER **FOR LEAVE TO APPEAR BY VIDEO AT OCTOBER 30, 2023, 10:00 A.M. MOTION HEARING AND [PROPOSED] ORDER** |

UNOPPOSED MOTION FOR LEAVE TO APPEAR BY VIDEO AT OCTOBER 30, 2023, 10:00 A.M. MOTION HEARING AND [PROPOSED] ORDER

1

CASE NO. 2:23-CR-00055-CDS-DJA

On October 2, 2023, the Court entered an order setting a Motion Hearing for Defendant's Injunction Motion (Dkt. No. 62) on October 30, 2023.  *See* Dkt. No. 64.  Defendant moves for leave for one of his counsel to appear by video at this Motion Hearing.  Counsel for Defendant, Mark A. Feller who lives outside of Nevada, is unable to attend the hearing in-person and seeks to participate via videoconference.  However, Defense Counsel Mark Krotoski and Paola Armeni will appear in-person.

The defense has met and conferred with counsel for the Department of Justice and they did not oppose the defense team appearing via videoconference.

Accordingly, Defendant Lopez requests the Court grant this Motion and provide a link to a videoconference so that Mr. Feller can participate via video conference.

Dated this 27th day of October, 2023.

Respectfully Submitted,

CLARK HILL PLLC

_____/s/_____
PAOLA M. ARMENI
Nevada Bar No. 8357
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel:  (702) 862-8300

MORGAN, LEWIS & BOCKIUS LLP

_____/s/_____
MARK L. KROTOSKI (pro hac vice)
California Bar No. 138549
1400 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 843-4000
Attorneys for Defendant, Eduardo Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00055-CDS-DJA |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO APPEAR BY VIDEO AT OCTOBER 30, 2023, 10:00 A.M. MOTION HEARING |
| EDUARDO RUBEN LOPEZ, | |
| Defendant. | |

Based on the Defendant's Motion, and good cause appearing therefore, it is hereby ordered that counsel for the Defendant may appear by video at the hearing set for October 30, 2023 at 10 a.m.  Zoom invitation will be emailed to mark.feller@morganlewis.com.

Dated this  30th  day of October, 2023

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC4-1, LR 5-1, and 10(c), I hereby certify that I am an employee of Morgan Lewis & Bockius LLP, and that on the 27th day of October 2023, I caused to be served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO APPEAR BY VIDEO AT OCTOBER 30, 2023, 10:00 A.M. MOTION HEARING AND [PROPOSED] ORDER** via the Court's Electronic Filing System to all parties on the current service list.

/s/
Eveline Schmid