Bradley T. Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: baustin@swlaw.com

*Attorneys for Non-Party*
*Aveanna Healthcare, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Eduardo Ruben Lopez,<br><br>  Defendant. | CASE NO. 2:23-cr-00055-CDS-DJA<br><br>**JOINT STIPULATION BETWEEN NON-PARTY AVEANNA HEALTHCARE, LLC AND DEFENDANT EDUARDO RUBEN LOPEZ TO EXTEND RETURN DATE ON RULE 17 SUBPOENA**<br><br>**[FILED UNDER SEAL <u>UNDER COURT ORDER (ECF NO. 65)</u>]**<br><br>**(FIRST REQUEST)** |

Non-party Aveanna Healthcare, LLC ("Aveanna") and Defendant Eduardo Ruben Lopez ("Defendant), by and through their counsel, agree and jointly stipulate as follows:

**WHEREAS**, on December 27, 2023 counsel for Aveanna confirmed that it could accept service on behalf of Aveanna, and Defendant served Aveanna with a subpoena *duces tecum* issued pursuant to Federal Rule of Criminal Procedure 17 (the "Subpoena");

**WHEREAS**, the Subpoena has a return date of December 29, 2023;

**WHEREAS**, on December 27, 2023, and in light of the intervening holidays, the return deadline, and to provide Aveanna with sufficient time to respond to or otherwise move to quash the subpoena, Aveanna and Defendant agreed in writing that Aveanna shall have until January 31, 2024 to respond to the Subpoena;

**WHEREAS**, Aveanna wishes to notify the Court of the extension of the return date on the Subpoena to January 31, 2024;

**WHEREAS**, the office of Defendant's counsel has changed since the subpoena was submitted, the materials in response shall be delivered to the new address or electronically to his firm.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, that Aveanna shall have until January 31, 2024, to respond to or otherwise move to quash the subpoena.

Dated: January 8, 2024

SNELL & WILMER L.L.P.

By: /s/ *Bradley Austin*
Bradley Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Non-Party Aveanna Healthcare, LLC*

Dated: January 8, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ *Mark L. Krotoski*
Mark L. Krotoski, Esq. (Pro Hac Vice)
2550 Hanover Street
Palo Alto, California 94304

Paola M. Armeni, Esq.
Nevada Bar No. 8357
CLARK HILL PLLC
1700 South Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135

*Attorneys for Defendant Eduardo Ruben Lopez*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/10/2024

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed the foregoing document using the CM/ECF System for filing and served this document to counsel for Aveanna Healthcare, LLC via U.S. Mail and email. *See also*, the Declaration of Tammy A. Tsoumas, Esq., attached as Exhibit 1 to January 8, 2023 Joint Motion to Seal.

*/s/ Ana Cervantes*
An employee of PILLSBURY WINTHROP SHAW PITTMAN LLP