Bradley T. Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: baustin@swlaw.com

*Attorneys for Non-Party*
*Aveanna Healthcare, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | CASE NO. 2:23-cr-00055-CDS-DJA |
| Plaintiff, | **ORDER GRANTING NON-PARTY AVEANNA HEALTHCARE, LLC'S AND DEFENDANT EDUARDO RUBEN LOPEZ'S JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| Eduardo Ruben Lopez, | |
| Defendant. | |
| | **[FILED UNDER SEAL UNDER COURT ORDER (ECF NO. 65)]** |

Based on Non-party Aveanna Healthcare, LLC's ("Aveanna") and Defendant Eduardo Ruben Lopez's ("Defendant) Joint Motion for Leave to File Documents Under Seal ("Motion"), and the supporting papers filed in support of the Motion, the Court finds that good cause exists to grant leave to file the Motion and Aveanna's and Defendant's Joint Stipulation Between Non-Party Aveanna Healthcare, LLC and Defendant Eduardo Ruben Lopez to Extend Return Date On Rule 17 Subpoena (the "Stipulation"), and all supporting papers filed therewith, under seal.

///

///

The Motion is **granted**, and the following documents shall remain under seal:

1. Joint Stipulation Between Non-Party Aveanna Healthcare, LLC and Defendant Eduardo Ruben Lopez to Extend Return Date on Rule 17 Subpoena, filed on January 8, 2024; and

2. Non-Party Aveanna Healthcare, LLC and Defendant Eduardo Ruben Lopez's Joint Motion to File Documents Under Seal (and accompanying exhibits), filed on January 8, 2024.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2024

- 2 -