# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Eduardo Ruben Lopez,<br><br>    Defendant | Case No. 2:23-cr-00055-CDS-DJA<br><br>**Ordering Gary Bell and Z. Elif Aksoy to Register for Electronic Service or Withdraw as Counsel** |

  On March 15, 2024, I granted government attorneys Gary Bell and Z. Elif Aksoy permission to appear before this court in this matter. ECF No. 118. Three days later, counsel was instructed to register with the court's e-filing system. ECF No. 116. The docket indicates that counsel has yet to comply with this requirement. Under this district's local rules, attorneys who are "authorized to represent the United States and its agencies. . . must register as a 'filer'" to file and receive documents electronically. LR IC 2-1(a).

  Therefore, IT IS ORDERED that Gary Bell and Z. Elif Aksoy must either register with the court's electronic filing system or withdraw from this matter by April 4, 2024.

Dated: March 28, 2024

_____
Cristina D. Silva
United States District Judge