| | |
|---|---|
| 1 | JASON M. FRIERSON |
| | United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar Number 7709 |
| 3 | SUSAN CUSHMAN |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Blvd. South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6336 |
| | Susan.Cushman@usdoj.gov |
| 6 | |
| | *Attorneys for the United States* |
| 7 | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:23-cr-00055-CDS-DJA |
| Plaintiff | | **Order Granting Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | | |
| EDUARDO RUBEN LOPEZ, | | |
| Defendant | | |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Conor Bradley, a trial attorney with the Antitrust Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Bradley is a member in good standing of the bar of New Jersey. He is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: June 13, 2024

Respectfully submitted,

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED:

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2024