JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00055-CDS-DJA |
| Plaintiff | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| EDUARDO RUBEN LOPEZ, | |
| Defendant | |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Sara Clingan, attorney with the Antitrust Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case. Ms. Clingan's contact information is as follows:

**Sara M. Clingan**
U.S. Department of Justice, Antitrust Division
450 5th Street NW
Washington, DC 20001
202-480-1951
Email: sara.clingan2@usdoj.gov

Ms. Clingan is a member in good standing of the bars of the District of Columbia and New York. She is employed by the United States as an attorney, and, in the course and scope of her employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: July 17, 2024

Respectfully submitted,

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED:

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: __July 17, 2024__