UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EDUARDO RUBEN LOPEZ,<br>a/k/a "Edward Lopez,"<br><br>　　Defendant. | Case No. 2:23-cr-00055-CDS-DJA<br><br>ORDER GRANTING UNITED STATES' FILTER TEAM'S MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER |

**ORDER**

Based on the United States' Filter Team's Motion to Seal, the Court finds that the United States Filter Team has demonstrated good cause sufficient to seal its response under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 1006) and Ctr. for Auto Safety v. Chrysler Group, LLC, 809 F.3d 1092 (9th Cir. 2016) because the response references documents that Defendant asserts are privileged. Accordingly,

IT IS HEREBY ORDERED that the United States' Filter Team's motion to seal (ECF No. 254) is GRANTED. The United States' Filter Team's Response to Defendant's motion for reconsideration (ECF No. 255) is sealed until further order of the Court.

DATED: 8/20/2024

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE