**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>    Defendant. | Case No. 2:23-cr-00055-CDS-DJA<br><br>**ORDER ON DEFENDANT LOPEZ'S MOTION FOR LEAVE TO FILE THE RESPONSE TO MOTION TO QUASH AND SUPPORTING MATERIALS UNDER SEAL** |

Upon motion of Defendant Lopez, and good cause appearing,

IT IS HEREBY ORDERED THAT:

Defendant Lopez's motion for leave to file Defendant Lopez's Response to Motion to Quash Third Party Subpoena Served On Company Roe, Krotoski Declaration, Exhibits A-I accompanying the Krotoski Declaration, and the Index of Exhibits A-I under seal (ECF No. 278) is GRANTED.

The clerk of the court shall seal Defendant Lopez's Response to Motion to Quash Third Party Subpoena Served On Company Roe, Krotoski Declaration, Exhibits A-I accompanying the Krotoski Declaration, and the Index of Exhibits A-I.

Counsel for Mr. Lopez shall serve these sealed materials on counsel for Company Roe.

**It Is So Ordered**.

Dated this 28th day of August, 2024.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE