**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>Defendant. | Case No. 2:23-cr-00055-CDS-DJA<br><br>**ORDER ON DEFENDANT LOPEZ'S MOTION FOR LEAVE TO FILE CONFIDENTIAL PATIENT RECORDS UNDER SEAL** |

Upon motion of Defendant Lopez, and compelling reasons having been established,

IT IS HEREBY ORDERED THAT:

Defendant Lopez's motion for leave to file three Exhibits containing confidential medical and patient information of Mr. Lopez, including: **Exhibit A** (Anesthesia Record of Mr. Lopez (Oct. 29, 2019)); **Exhibit B** (PriMed Report (Oct. 29, 2019)) and **Exhibit C** (Confidential Patient Record), in support of his Objections to the U.S. Magistrate Judge's Report and Recommendation on the Motion to Suppress Statements [ECF NO. 292], is GRANTED.

The Court finds that Defendant has demonstrated compelling reasons to grant the motion and keep the documents under seal. See *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); see *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016). In particular, the Exhibits contain Protected Health Information (PHI) under the Health Insurance Portability and Accountability Act (HIPPA) and accompanying regulations. *See, e.g.*, *Webb v. Smart Document Solutions, LLC*, 499 F.3d 1078, 1082 (9th Cir. 2007) (noting how Congress sought

to safeguard an individual's protected health information. Congress has enacted statutory protections to safeguard PHI.

The clerk of the court shall seal **Exhibit A** (Anesthesia Record of Mr. Lopez (Oct. 29, 2019)); **Exhibit B** (PriMed Report (Oct. 29, 2019)) and **Exhibit C** (Confidential Patient Record).

**It Is So Ordered**.

Dated this 11th day of September, 2024.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE