UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>            Defendant | Case No. 2:23-cr-00055-CDS-DJA<br><br>**STIPULATION AND SCHEDULING ORDER PURSUANT TO ECF NO. 293** |

Based on the Order of the Court [ECF No. 293], the parties have met and conferred, and Stipulate to and Request the Court adopt the following pretrial deadlines set forth below.

    a.    <u>22 Weeks Before Trial</u>: Deadline for pretrial motions based on new developments, if any.

    b.    <u>20 Weeks Before Trial</u>: Deadline for responses to pretrial motions.

    c.    <u>19 Weeks Before Trial</u>: Deadline for replies to responses to pretrial motions

    d.    <u>6 Weeks Before Trial</u>: Deadline for the government to disclose to the defense (a) any recordings, transcripts of recordings, or portions thereof that will be offered in its case-in-chief in order to allow the parties to address any transcript or other issues in advance of trial; and (b) any expert witness information for the government's case in chief required by Fed. R. Crim. P. 16(a)(1)(G).

    e.    <u>5 Weeks Before Trial</u>: Deadline for the government to (a) file its exhibit list; (b) file its witness list; and (c) disclose any summaries, charts, or calculations that will be offered in its case-in-chief.  For materials in the government's possession, deadline for the government to make any remaining disclosures under the Jencks Act, 18 U.S.C. § 3500 et seq., and disclose any reports or memoranda of interviews of witnesses the government intends to call in its

case in chief.  The government will make additional disclosures of Jencks Act material and interview reports at such subsequent time it obtains the material.

  f. <u>4 Weeks Before Trial</u>: Deadline for the defense to (a) provide any reciprocal discovery under Fed. R. Crim. P. 16(b)(1)(A), (B); and (b) disclose to the government any expert witness information required by Fed. R. Crim. P. 16(b)(1)(C).

  g. <u>4 Weeks Before Trial</u>: Deadline for (a) motions in limine; (b) proposed jury instructions; and (c) proposed voir dire and statement of the case.  Deadline for defense to object to any transcripts of recordings, summaries, charts, or calculations identified by the government.

  h. <u>3 Weeks Before Trial</u>:[1] Deadline for (a) responses to motions in limine; and (b) the government to respond to any defense objections to the government's transcripts of recordings, summaries, charts, or calculations.

  i. <u>2 Weeks Before Trial</u>: The defense, to the extent that it is able to do so consistent with its right to present a defense, will (a) file its exhibit list; (b) file its witness list; (c) disclose any summaries, charts, or calculations that will be offered in its case-in-chief.

  j. <u>1 Week Before Trial</u>: Deadline for the government (a) to object to any summaries, charts, or calculations that will be offered by the defense; and (b) to submit a copy of the government's trial brief (marked confidential) to the trial judge.  The original of the government's trial brief shall be filed in open court and a copy served upon defense counsel on the date of trial prior to trial commencement.  Defense counsel may file a trial brief.  Should defense counsel elect to file a trial brief, the same shall be filed prior to the defense commencing its side of the case.

---

[1] Based on the Federal Holiday on February 17, 2025, the filings would be due by Tuesday, February 18, 2025.

1  SO STIPULATED.

2  Dated this 12th day of September, 2024.                 Respectfully Submitted,

3

4     /s/

                                                           /s/

5  JEFFREY CRAMER (NYSBN 2621779)                          RICHARD ANTHONY LOPEZ
ANDREW MAST (CABN 284070)                                Assistant United States Attorney
6  PARADI JAVANDEL (CABN 295841)                           U.S. Attorney's Office
CONOR BRADLEY (NJBN 373722021)                           District of Nevada
7  United States Department of Justice                     501 Las Vegas Boulevard South, Suite 1100
Antitrust Division                                       Las Vegas, Nevada 89101
8  450 Golden Gate Avenue                                  Tel: 702.388.6551
9  Box 36046, Room 10-0101                                 Attorneys for the United States
San Francisco, CA 941092
10 Tel: 415.934.5300

11

12

13 SO STIPULATED.

14 Dated this 12th day of September, 2024.                 Respectfully Submitted,

15

16 PILLSBURY WINTHROP SHAW                                  CLARK HILL PLLC
PITTMAN LLP (*pro hac vice*)

17

18    /s/                                                           /s/
MARK L. KROTOSKI (*pro hac vice*)                        PAOLA M. ARMENI
19 2550 Hanover Street                                     1700 South Pavilion Center Drive, Suite 500
Palo Alto, CA 94304-1115                                 Las Vegas, Nevada 89135
20 Tel:  (650) 233-4500                                    Tel:  (702) 862-8300

21

22

23 PILLSBURY WINTHROP SHAW                                  ANDERSON KILL, P.C. (*pro hac vice*)
PITTMAN LLP (*pro hac vice*)

24

25    /s/                                                           /s/
RICHARD P. DONOGHUE (*pro hac vice*)                     SAMUEL M. BRAVERMAN (*pro hac vice*)
26 31 W 52nd Street                                        1251 Avenue of the Americas, 42nd Floor
New York, NY 10019                                       New York, NY 10020
27 Tel:  (212) 858-1000                                    Telephone:  (212) 278-1008

28

# ORDER

Based on the stipulation of counsel, and good cause appearing therefore, this Stipulated Scheduling Order is adopted.

**IT IS SO ORDERED.**

Dated: September 24, 2024

_____
HON. CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE