# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

vs.

Eduardo Ruben Lopez,

    Defendant.

Case No. 2:23-CR-00055-CDS-DJA

**ORDER**

Defendant moves the Court to seal his Motion to Compel Production of the Subpoena on Leniency Company A ("Maxim"), Declaration of Mark Krotoski, Exhibit A accompanying the Krotoski Declaration, and the Index of Exhibit A ("Proposed Sealed Materials"). (ECF No. 329). The Court finds that Defendant has demonstrated compelling reasons to grant the motion and keep the documents under seal. See *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); see *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016). Defendant asserts that the Proposed Sealed Materials, if revealed, would reveal his defense strategies and prejudice him. *See, e.g.*, *United States v. Sleugh*, 896 F.3d 1007, 1010, 1012 (9th Cir. 2018); *see also United States v. Tomison*, 969 F. Supp. 587, 593-94 (E.D. Cal. 1997) (same).

**IT IS THEREFORE ORDERED** that Defendant's motion to seal (ECF No. 329) is **granted**. The documents filed under seal at ECF No. 328 shall remain under seal.

DATED: November 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE