# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Eduardo Ruben Lopez,<br><br>　　　　Defendant. | Case No. 2:23-CR-00055-CDS-DJA<br><br>**ORDER** |

　　　　Defendant moves the Court to seal his *Ex Parte* Motion for Rule 17(c) Pre-Trial Subpoena *Duces Tecum* and Memorandum In Support and the supporting Declarations and Exhibits to the same for Capital One, National Association; First-Citizens Bank & Trust Company; and Key Bank.  (ECF No. 336). The Court finds that Defendant has demonstrated compelling reasons to grant the motion and keep the documents under seal. See *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); see *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016). Defendant asserts that the declaration and exhibits, if revealed, would reveal his defense strategies and prejudice him.  *See, e.g.*, *United States v. Sleugh*, 896 F.3d 1007, 1010, 1012 (9th Cir. 2018); *see also United States v. Tomison*, 969 F. Supp. 587, 593-94 (E.D. Cal. 1997) (same).

　　　　**IT IS THEREFORE ORDERED** that Defendant's motion to seal (ECF No. 336) is **granted**. The documents filed under seal at ECF No. 335 shall remain under seal.

　　　　DATED: November 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE