# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:23-cr-00055-CDS-DJA |
|---|---|
| Plaintiff | **Order Deferring Ruling on Verified Petition to Practice Pro Hac Vice** |
| v. | |
| Eduardo Lopez, | **FILED UNDER SEAL** |
| Defendant | [ECF No. 382] |

    I defer ruling on Robert Manoso's verified petition to practice pro hac vice because it does not comply with the signature requirements. ECF No. 382. The Clerk of Court's form requires that the petitioner's signature be subscribed and sworn by a notary public or clerk of court. *Id.* at 4. Although Manoso's signature shows that it was witnessed by a notary, the signature fails to include the notary's sealer. *Id.* "A notary public shall affix his or her official signature and official sealer on every document notarized, at the time the notarial act is performed." *See* Office of the Secretary of the District of Columbia, Notary Public Handbook (https://os.dc.gov/sites/default/files/dc/sites/os/publication/attachments/Notary%20Public%20Handbook%208-2019.pdf). Counsel is advised to include the missing notary's sealer on an amended petition and then file it by January 31, 2025, using the "Notice of Corrected Image/Document" event. Failure to amend by that date will result in denial of the petition.

    The Clerk of Court is kindly instructed to send a copy of this order to Adam Fulton (afulton@jfnvlaw.com) and Robert Stewart (rtstewart@foley.com).

Dated: January 21, 2025

_____
Cristina D. Silva
United States District Judge