**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **Case No.2:23-cr-00055-CDS-DJA** |
| ) | |
| vs. ) | |
| ) | **ORDER TEMPORARILY** |
| EDUARDO RUBEN LOPEZ, ) | **UNSEALING NOTES** |
| Defendant. ) | |

On 01-23-2025, Samantha N. McNett, Court Reporter, received a Transcript Order form requesting the transcript of a Motion Hearing, which was sealed, held on 01-22-2025 at 1:46 p.m. from Attorney Robert Stewart.

**IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Attorney Robert Stewart.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 22nd day of January, 2025.

DANIEL J. ALBREGTS
United States Magistrate Judge