# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  vs.<br><br>Eduardo Ruben Lopez,<br><br>       Defendant. | Case No. 2:23-CR-00055-CDS-DJA<br><br>**ORDER** |

      Defendant moves the Court to seal [Proposed] Order and Stipulation to Remove Hearing on Motion to Compel Production of the Subpoenas on Yesenia Rivera, Mila Tuazon and Robert Batungbacal ("Proposed Sealed Materials"). (ECF No. 486). The Court finds that Defendant has demonstrated compelling reasons to grant the motion and keep the document under seal. See *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); see *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016). Defendant asserts that the Proposed Sealed Materials, if revealed, would reveal his defense strategies and prejudice him. *See, e.g.*, *United States v. Sleugh*, 896 F.3d 1007, 1010, 1012 (9th Cir. 2018); *see also United States v. Tomison*, 969 F. Supp. 587, 593-94 (E.D. Cal. 1997) (same).

      **IT IS THEREFORE ORDERED** that Defendant's motion to seal (ECF No. 486) is **granted**. The documents filed under seal at ECF No. 485 shall remain under seal.

DATED: February 25, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE