# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EDUARDO RUBEN LOPEZ,<br>a/k/a "Edward Lopez"<br><br>Defendant | Case No. 2:23-cr-00055-CDS-DJA<br><br>**ORDER GRANTING UNITED STATES' MOTION TO SEAL AND FILE A REDACTED VERSION OF ITS OMNIBUS MOTION IN LIMINE**<br><br>[ECF No. 496] |

Upon motion of the government, and good cause appearing, IT IS HEREBY ORDERED that the government's motion for leave to file its omnibus motion *in limine* under seal and to file a redacted version on the public docket **[ECF No. 496] is GRANTED**.

The Clerk of Court is kindly directed to maintain the seal the on the government's omnibus motion *in limine* at ECF No. 497.

Dated: March 4, 2025

_____
Hon. Cristina D. Silva
United States District Judge