1

2:23-cr-00055-CDS-DJA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **Case No.2:23-cr-00055-CDS-DJA** |
| ) | |
| vs. ) | |
| ) | **ORDER TEMPORARILY** |
| EDUARDO RUBEN LOPEZ, ) | **UNSEALING NOTES** |
| Defendant. ) | |

On 03-13-2025, Samantha N. McNett, Court Reporter, received a Transcript Order form requesting the transcript of a Motion Hearing, which was sealed, held on 02-05-2025 at 10:01 a.m. from Attorney Richard Pocker.

**IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Attorney Richard Pocker.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 13th day of March, 2025.

DANIEL J. ALBREGTS
United States Magistrate Judge