UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| UNITED STATES AMERICA<br>    Plaintiff, | CASE: 2:23-CR-00055-CDS-DJA |
| vs. | MINUTES OF THE COURT |
| EDUARDO RUBEN LOPEZ<br>    Defendant. | Dated: March 28, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:   D. SAAVEDRA        COURT REPORTER:  SAMANTHA MCNETT
                                                     RHONDA AQUILINA

COUNSEL FOR GOVERNMENT: Jeffrey Cramer, Mikal Condon, Andrew Mast and Conor Bradley,  AUSA

COUNSEL FOR DEFENDANT(S): Mark Krotoski, Sam Braverman, and Paola Armeni

PROCEEDINGS: Jury Trial Day 5

Proceedings begin at 9:35 a.m. Parties are present. Outside the presence of the jurors, parties discuss witness schedule.

Jurors are present at 9:38 a.m.

**Daniel Lubinsky** previously sworn, resumes the witness stand. Mr. Krotenski continues with cross examination of the witness. Defense exhibits 773, 606, 607, 609 and 876 are marked and admitted.

Jurors are excused at 10:49 a.m.

Outside the presence of the jury, matters are discussed.

Proceedings recess from 10:51 a.m. – 11:01 a.m.

**Daniel Lubinsky** resumes the witness stand. Mr. Krotoski continues with cross examination. After further examination by Mr. Cramer, the witness is excused.

Proceedings recess from 12:38 p.m. – 1:13 pm

UNITED STATES OF AMERICA V. EDUARDO RUBEN LOPEZ
2:23-CR-00055-CDS-DJA
MARCH 28, 2025
PAGE 2

**Rebecca Kang** is sworn to testify as a witness for the Government. Ms. Condon examines the witness. Government exhibit 106 is marked and admitted. Ms. Condon passes the witness for cross examination. Mr. Braverman cross examines the witness. The witness is excused.

Jurors are excused at 1:44 p.m.

Outside the presence of the jury, the Court asks some questions of juror #13.

Jurors are present at 1:54 p.m.

**Supervisory Special Agent Singh** is sworn to testify as a witness for the Government. Mr. Mast examines the witness. Government exhibits 194, 195, 207, 206, 204, 196 are marked and admitted. The Court defers ruling on admittance of 151R.

Jurors are excused at 3:31 p.m., the Court admonishes the jury.

Outside the presence of the jury, parties argue over exhibit 151R. The Court will take this under advisement over the weekend. The Court has reviewed Motions to seal ECF No. 587, 590, 593, and 596 and finds that they meet good cause and compelling reasons standard, therefore the Court grants motions to seal ECF No. 587, 590, 593 and 596. Further, the Court will not require Mr. Lopez to respond to the motion to exclude ECF No. 591. The Court denies motion to exclude Dr. Becker. The Court finds that he is qualified to testify about the medications at issue.

Proceedings recess at 3:42 p.m.

**IT IS ORDERED** that the jury trial is continued to Monday, March 31, 2025, at 9:30 a.m. in courtroom 6B.

DEBRA K. KEMPI, CLERK

United States District Court
By: _____/s/_____
D. Saavedra, Deputy Clerk