UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| UNITED STATES AMERICA<br>　　　Plaintiff, | CASE: 2:23-CR-00055-CDS-DJA |
| vs. | MINUTES OF THE COURT |
| EDUARDO RUBEN LOPEZ<br>　　　Defendant. | Dated: April 4, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:　　D. SAAVEDRA　　　COURT REPORTER:　SAMANTHA MCNETT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDY MOORE

COUNSEL FOR GOVERNMENT: Jeffrey Cramer, Mikal Condon, Andrew Mast, and Conor Bradley, and Paradi Javandel, AUSA

COUNSEL FOR DEFENDANT(S): Mark Krotoski, Sam Braverman

PROCEEDINGS: Daubert hearing and Jury Trial Day 10

　　　Proceedings begin at 9:32 a.m. Parties are present. Outside the presence of the jurors, Daubert hearing is held.

　　　**Sue Stuckwisch** is sworn to testify as a witness for Defense. Mr. Krotoski examines the witness. Mr. Krotoski passes the witness. Mr. Cramer examines the witness. After further examination from the Court, the witness is excused.

　　　Proceeding ends at 11:04 a.m.

　　　Jury Trial begins at 11:04 a.m.

　　　Outside the presence of the jury, the Court addresses jury trial nine end of day arguments regarding the permissible scope for certain proposed defense witnesses. The Court places ruling on the record and will issue an order with decision to follow.

　　　Mr. Krotoski moves for mistrial.

　　　The Court denies motion for mistrial. Further, the Court for the reasons stated on the record DENIES motion for determination of constructive amendment ECF No. 608.

UNITED STATES OF AMERICA V. EDUARDO RUBEN LOPEZ
2:23-CR-00055-CDS-DJA
APRIL 4, 2025
PAGE 2

Proceedings recess from 11:17 a.m. – 11:30 a.m.

Jurors are present at 11:31 a.m.

**Mark Bush** is sworn to testify as a witness for Defense. Mr. Krotoski examines the witness. Defense exhibit 527, 751, 528 are marked and admitted. The witness is excused.

**Cornelius Dexter** is sworn to testify as a witness for Defense. Mr. Braverman examines the witness. Mr. Braverman passes the witness for cross examination. Mr. Mast examines the witness. Government exhibit 318 is marked and admitted. After further examination by Mr. Braverman, the witness is excused.

**Darlene Yantz** is sworn to testify as a witness for Defense. Ms. Armeni examines the witness. Defense exhibit 1078 is moved to be admitted. Government objects.

Jurors exit at 1:12 p.m.

Matters discuss outside the presence of the jury.

Proceedings recess from 1:15p.m. – 1:41 p.m.

Outside presence of the jury, matters are discussed.

Jurors are present at 1:45 p.m.

**Darlene Yantz** resumes the witness stand. Ms. Armeni resumes direct examination. Defense exhibit 1078, 1114, 1115, 1116 are marked and admitted. Ms. Armeni passes the witness for cross examination. Ms. Condon examines the witness. After further examination by Ms. Armeni, the witness is excused.

Proceedings recess from 2:22 p.m. – 2:45 p.m.

**David Lampron** is sworn to testify as a witness for Defense. Ms. Armeni examines the witness. Mr. Lampron is proffered as an expert witness for home healthcare. The Court grants request. Ms. Armeni passes the witness for cross examination. Mr. Mast examines the witness. After further examination by Ms. Armeni, the witness is excused.

UNITED STATES OF AMERICA V. EDUARDO RUBEN LOPEZ
2:23-CR-00055-CDS-DJA
APRIL 4, 2025
PAGE 3

Jurors are excused at 3:27 p.m., the Court admonishes the jury.

Outside the presence of jury, Defense lists the witness for Monday. The Court requests that defendant must provide additional witness information as stated on the record by 12 noon tomorrow. The chart information should be sent to the Court by 5 p.m. tomorrow, April 5, 2025. The Court requests that Ms. Stuckwisch be present on Monday at 9:30 a.m. Further, as to Ms. Siekiersky, defense counsel is ordered to provide a doctor's note to show to government. Jurors will be present at 11:00 a.m. on Monday, April 7, 2025.

Proceedings recess at 4:05 p.m.

**IT IS ORDERED that the jury trial is continued to Monday, April 7, 2025, at 9:30 a.m. in courtroom 6B.**

DEBRA K. KEMPI, CLERK

United States District Court
By: __/s/_____
D. Saavedra, Deputy Clerk