UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| UNITED STATES AMERICA<br>         Plaintiff, | CASE: 2:23-CR-00055-CDS-DJA |
| vs. | MINUTES OF THE COURT |
| EDUARDO RUBEN LOPEZ<br>         Defendant. | Dated: April 8, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:    D. SAAVEDRA         COURT REPORTER:  SAMANTHA MCNETT

COUNSEL FOR GOVERNMENT: Jeffrey Cramer, Mikal Condon, Andrew Mast, and Conor Bradley, and Paradi Javandel, AUSA

COUNSEL FOR DEFENDANT(S): Mark Krotoski, Sam Braverman, Paola Armeni

PROCEEDINGS: Jury Trial Day 12

Proceedings begin at 9:34 a.m. Parties are present.

Outside the presence of the jury, matters are discussed.

Jurors are present at 9:39 a.m.

**Megan Testa** previously sworn, resumes the witness stand. Mr. Krotoski continues with direct examination. Defense exhibits 608, 609, 610, 612, 613 and Government exhibit 78 are marked and admitted.

Proceedings recess from 10:50 a.m. – 11:03 a.m.

The Court colloquy's defendant as to right to testify as a witness.

Jurors are present at 11:08 a.m.

**Megan Testa** resumes the witness stand. Mr. Krotoski continues with direct examination. Mr. Krotoski passes the witness for cross examination. Mr. Cramer examines the witness. Government exhibit 61 is marked and admitted.

UNITED STATES OF AMERICA V. EDUARDO RUBEN LOPEZ
2:23-CR-00055-CDS-DJA
APRIL 8, 2025
PAGE 2

Mr. Krotoski moves for mistrial. The Court denies motion for mistrial.

Proceedings recess from 12:04 p.m. - 12:51 p.m.

**Megan Testa** resumes the witness stand. Mr. Krotoski continues with direct examination. Government exhibit 330, 331 and 332 are marked and admitted. After further examination by Mr. Krotoski, the witness is excused.

Ms. Armeni moves into evidence defense exhibits 573, 809, 1118 through 1140, 814, 568, 801, 805, 600 through 603, 619, 620 through 629, 630 through 639, 640 through 649, 650 through 659, 661 through 669, 670 through 679, 680 through 689, 690 through 698, 825 through 829, 830, 845, 846, 847, 848, 857, 858, 863, 866, 867, 871, 872, 874, 875, 876, 877, 879, 880, 885, 886, 887, 888, 890, 891, 892, 893, 894, 895, 896, 897. Exhibits are admitted.

Mr. Braverman moves into evidence exhibits 660 and 1182R. Exhibits 660 and 1182R are admitted. Mr. Braverman reads exhibit 1182R into the record.

Jurors are excused at 2:00 p.m., the Court admonishes the jury.

Proceedings recess from 2:05 p.m. – 2:15 p.m.

Outside the presence of the jury, Defendant's Motion to Sever ECF No. 632 is addressed. The Court hears arguments from Ms. Condon and Mr. Krotoski. The Court denies Motion to Sever ECF No. 632. The Jury will consider both Counts 1 and Counts 2 through 6 together. Jury Instructions are addressed on the record.

Proceedings recess from 4:19 p.m.- 4:29 p.m.

Jury Instructions discussed.

Proceedings recess at 5:39 p.m.

**IT IS ORDERED that the jury trial is continued to Wednesday. April 9, 2025, at 9:00 a.m. in courtroom 6B.**

        DEBRA K. KEMPI, CLERK

        United States District Court
        By:   /s/
        D. Saavedra, Deputy Clerk