UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| UNITED STATES AMERICA<br>    Plaintiff, | CASE: 2:23-CR-00055-CDS-DJA |
| vs. | MINUTES OF THE COURT |
| EDUARDO RUBEN LOPEZ<br>    Defendant. | Dated: April 9, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:   D. SAAVEDRA        COURT REPORTER:  SAMANTHA MCNETT

COUNSEL FOR GOVERNMENT: Jeffrey Cramer, Mikal Condon, Andrew Mast, and Conor Bradley, and Paradi Javandel, AUSA

COUNSEL FOR DEFENDANT(S): Mark Krotoski, Sam Braverman, Paola Armeni

PROCEEDINGS: Jury Trial Day 13

Proceedings begin at 9:06 a.m. Parties are present.

Outside the presence of the jury, jury instructions are discussed.

The Court denies motion ECF No. 646 for reconsideration.

Proceedings recess from 10:24 a.m. – 10:48 a.m.

Outside presence of the jury, jury instructions, jury verdict are discussed.

Jurors are present at 11:09 a.m.

The Court reads jury instructions into the record.

Ms. Condon presents closing arguments on behalf of Government.

Proceedings recess from 12:33 p.m. – 1:31 p.m.

Ms. Condon continues with closing arguments.

UNITED STATES OF AMERICA V. EDUARDO RUBEN LOPEZ
2:23-CR-00055-CDS-DJA
APRIL 9, 2025
PAGE 2

Mr. Krotoski presents closing arguments on behalf of Defense.

Mr. Cramer presents rebuttal arguments on behalf of Government.

Jurors are admonished and excused at 4:20 p.m.

Alternates are admonished and excused.

Bailiff is sworn.

Proceedings are adjourned at 4:30 p.m.

**IT IS ORDERED that the jury deliberations are to resume on Thursday, April 10, 2025 at 9:30 a.m..**

DEBRA K. KEMPI, CLERK

United States District Court
By: ___/s/_____
D. Saavedra, Deputy Clerk