UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| UNITED STATES AMERICA<br>　　Plaintiff, | CASE: 2:23-CR-00055-CDS-DJA |
| vs. | MINUTES OF THE COURT |
| EDUARDO RUBEN LOPEZ<br>　　Defendant. | Dated: April 10, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:   D. SAAVEDRA      COURT REPORTER:  SAMANTHA MCNETT

COUNSEL FOR GOVERNMENT: Jeffrey Cramer, Mikal Condon, Andrew Mast, and Conor Bradley, and Paradi Javandel, AUSA

COUNSEL FOR DEFENDANT(S): Mark Krotoski, Sam Braverman, Paola Armeni

PROCEEDINGS: Jury Trial Day 14

　　Jury begins deliberations at 9:30 a.m.

　　Proceedings begin at 11:05 a.m. Parties are present by video conference. The Court addresses note received from jury.

　　Proceedings recess from 11:07 a.m. – 3:23 p.m.

　　Parties are present in person and by video conference. The Court received jury note indicating they are still deliberating and would like to recess until Monday. The Court will respond to the jury and recess for the evening. Court is adjourned at 3:26 p.m.

　　**IT IS ORDERED that the jury deliberations are to resume on Monday, April 14, 2025 at 9:30 a.m..**

　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　By:   /s/_____
　　　　　　　　　　　　　　　　　　　D. Saavedra, Deputy Clerk