UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Eduardo Ruben Lopez,
a/k/a "Edward Lopez"

    Defendant

Case No. 2:23-cr-00055-CDS-DJA

Verdict Form

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 14 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## VERDICT

We, the jury in the above-entitled case, upon our oaths, do say:

1. **COUNT ONE:** That we find the defendant EDUARDO RUBEN LOPEZ _Guilty_ [Guilty / Not Guilty] of the offense of Conspiracy in Restraint of Trade: Wage Fixing as charged in Count One of the Superseding Indictment.

2. **COUNT TWO:** That we find the defendant EDUARDO RUBEN LOPEZ _Guilty_ [Guilty / Not Guilty] of the offense of Wire Fraud as charged in Count Two of the Superseding Indictment.

3. **COUNT THREE:** That we find the defendant EDUARDO RUBEN LOPEZ _Guilty_ [Guilty / Not Guilty] of the offense of Wire Fraud as charged in Count Three of the Superseding Indictment.

4. **COUNT FOUR:** That we find the defendant EDUARDO RUBEN LOPEZ _Guilty_ [Guilty / Not Guilty] of the offense of Wire Fraud as charged in Count Four of the Superseding Indictment.

5. **COUNT FIVE:** That we find the defendant EDUARDO RUBEN LOPEZ _Guilty_ [Guilty / Not Guilty] of the offense of Wire Fraud as charged in Count Five of the Superseding Indictment.

1  6.  COUNT SIX: That we find the defendant EDUARDO RUBEN LOPEZ
2  __Guilty__ [Guilty / Not Guilty] of the offense of Wire Fraud as charged in
3  Count Six of the Superseding Indictment.
4  Dated: __April 14__, 2025