UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

        Plaintiff

v.

Eduardo Ruben Lopez,

        Defendant

Case No. 2:23-cr-00055-CDS-DJA

**Order Granting in Part Defendant's Motion to Continue Sentencing and Disposition**

[ECF No. 672]

    Defendant Eduardo Lopez seeks a 120-day continuance of the sentencing and disposition currently set for July 14, 2025, on the grounds that his recently retained counsel needs additional time to prepare. Mot., ECF No. 672. Lopez argues that more time is necessary because his counsel needs to analyze the record, gather discovery, develop a sentencing argument, and investigate Lopez's background. *Id.* at 3–4. Lopez represents that the government is not opposed to a continuance but argues that sixty days should be sufficient. *Id.* at 2, 3. Lopez also asks the Court to schedule a status conference the week of June 8, 2025, to discuss the status of the defense review and preparation. *Id.* at 3.

    Federal Rule of Criminal Procedure 32 provides that district courts "must impose sentence without unnecessary delay," but allows the court to "for good cause, change any time limits prescribed in this rule." Fed. R. Crim. P. 32(b)(1). Although I agree that a status conference in June would be useful, no continuance of the sentencing date—which is still nearly two months away—is needed at this stage. Therefore, Lopez's motion to continue the sentencing **[ECF No. 672] is granted in part**. The parties must appear for a status conference on June 10, 2025, at 11:00 in LV Courtroom 6B, at which time the sentencing and disposition date of July 14, 2025, will be addressed.

Dated: May 9, 2025

                                              _____
                                              Cristina D. Silva
                                              United States District Judge