# UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>v.<br><br>EDUARDO RUBEN LOPEZ,<br>　a/k/a "Edward Lopez"<br><br>　　　　　Defendant | Case No. 2:23-cr-00055-CDS-DJA<br><br>**Order Granting United States'<br>Motion for Leave to File Notice<br>of Supplemental Authority**<br><br>[ECF No. 682] |

Upon consideration of the United States' motion for leave to file notice of supplemental authority, and for good cause shown,

IT IS ORDERED that the United States' motion for leave **[ECF No. 682] is granted**.

IT IS FURTHER ORDERED that no additional briefing is necessary. The notice of supplemental authority, which was attached as Exhibit A to the United States' motion for leave, is deemed filed.

Dated: May 30, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　United States District Judge