```
                    2:23-cr-00055-CDS-DJA
```

                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
          Plaintiff            )   Case No. 2:23-cr-00055-CDS-DJA
                               )
v.                             )
                               )   **ORDER TEMPORARILY**
EDUARDO RUBEN LOPEZ,           )   **UNSEALING NOTES**
          Defendant            )
_____)

On 06-23-2025, Samantha McNett, Court Reporter, received a Transcript Order form requesting the transcript of a **Status Conference,** in which a portion of the hearing was sealed, held on 06-10-2025, from Daniel Goldfine.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Daniel Goldfine.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

Dated: June 24, 2025

                                   _____
                                   CRISTINA D. SILVA
                                   United States District Judge