PILLSBURY WINTHROP SHAW
PITTMAN LLP (pro hac vice)
MARK L. KROTOSKI (pro hac vice)
California Bar No. 138549
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Email: mark.krotoski@pillsburylaw.com

PILLSBURY WINTHROP SHAW
PITTMAN LLP (pro hac vice)
RICHARD P. DONOGHUE (pro hac vice)
New York Bar No. 2511236
31 W 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: richard.donoghue@pillsburylaw.com

CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Email: parmeni@clarkhill.com

ANDERSON KILL, P.C. (pro hac vice)
SAMUEL M. BRAVERMAN (pro hac vice)
New York Bar No. 2553808
7 Times Square, 15th Floor
New York, NY 10036
Telephone: (212) 278-1008
Email: SBraverman@AndersonKill.com

Attorneys for Defendant, Eduardo Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00055-CDS-DJA |
|---|---|
| Plaintiff, | **ERRATA TO DEFENDANT LOPEZ'S AMENDED MOTION FOR A NEW TRIAL UNDER FED. R. CRIM. P. 33** |
| vs. | |
| EDUARDO RUBEN LOPEZ, | **[ORAL ARGUMENT REQUESTED]** |
| Defendant. | |

1  The defense hereby files this Errata related to the April 29, 2025 filing of Defendant's Amended Motion for a New Trial Under Fed. R. Crim. P. 33 (ECF No. 668). The April 29, 2025 filing should state as follows on page 4, beginning at line 5:

With respect to expert Ms. Stuckwisch, according to the transcript, the Court ruled that her testimony was excluded based on the disclosure of records at "11:00 p.m. on Saturday night despite the requirement that the parties meet and confer to try and resolve the issues," ECF No. 638, at 19:21-23, and a "blatant misrepresentation to the government regarding Ms. Stuckwisch's availability or lack thereof." *Id*, at 23:9-11.

This errata is filed in order to correct the record.

Dated: July 17, 2025                Respectfully submitted,

PILLSBURY WINTHROP SHAW
PITTMAN LLP (pro hac vice)

_____/s/_____
MARK L. KROTOSKI (pro hac vice)
2550 Hanover Street
Palo Alto, CA 94304-1115
Tel: (650) 233-4500