# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>    Defendant. | 2:23-CR-00055-CDS-DJA<br><br>**JOINT STATUS REPORT** |

## I. INTRODUCTION

On October 2, 2025, Mr. Lopez filed a motion for a new trial. The parties also timely submitted their sentencing memoranda in advance of the scheduled October 9 sentencing hearing. In light of the motion for a new trial, the Court directed the parties to meet and confer regarding scheduling. That discussion took place on October 3, 2025. The parties have been unable to reach an agreement and, therefore, their respective positions are set forth below:

## II. GOVERNMENT'S POSITION

The government believes Defendant's motion can be resolved on the papers before the October 9 sentencing hearing without additional briefing, discovery, or delay. The government will file its opposition on October 8, as set forth in the Court's Minute Order. (Dkt. No. 723.) It is the Government's position that sentencing can proceed on October 9, 2025.

## III. DEFENDANT'S POSITION

It is Mr. Lopez's position that the sentencing hearing can proceed on October 9, 2025. However, depending on the Government's response in its October 8 opposition, there may be a need for additional discovery and related briefing to resolve the motion for a new trial. Accordingly, Mr. Lopez asks that the Court withhold final imposition of sentence and entry of judgment until further order of the Court based on the potential need for discovery, further briefing, or argument.

*DATED this 3rd day of October, 2025.*

1

DICKINSON WRIGHT, PLLC

/s/
_____
Mackenzie E. Robinson
Email: MRobinson@dickinson-wright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:    775-343-7500

DICKINSON WRIGHT, PLLC
Dan W. Goldfine (*pro hac vice*)
Email: DGoldfine@dickinson-wright.com
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004-4568
Tel:    602-285-5000
Fax:    844-670-6009

DICKINSON WRIGHT, PLLC
Michael M. Beckwith (*pro hac vice*)
Email: MBeckwith@dickinson-wright.com
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel:    408-701-6200
Fax:    844-670-6009

*Attorneys for Defendant*
*Eduardo Ruben Lopez*

UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION

/s/
_____
Jeffrey Cramer
Mikal J. Condon
Andrew J. Mast


*Attorneys for the Government*

