UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00055-CDS-DJA |
| Plaintiff | **Order Granting Defendant's Motion for Leave, and Granting Parties' Motions to Seal** |
| v. | |
| Eduardo Ruben Lopez, | |
| Defendant | [ECF Nos. 724, 728, 733] |

Pursuant to the court's October 2, 2025 minute order (ECF No. 723), the parties met and conferred and filed a status report (ECF No. 730) that sets forth their respective positions regarding proceeding with sentencing this coming Thursday. In sum, the parties seemingly agree that sentencing can proceed as scheduled, but Lopez contends that there might be additional discovery needed so the final imposition of sentencing may need to be delayed. *See* Status report, ECF No. 730. Because the parties agree, and based on the limited information before the court, sentencing will proceed as scheduled on October 9, 2025.

Also pending before the court is Lopez's motion for leave to file excess pages. Mot., ECF No. 724. Having reviewed the motion and proposed brief, the motion is granted.

Both parties have also filed motions to seal certain exhibits. *See* Govt's sealing mot., ECF No. 728; Def.'s sealing mot., ECF No. 733. In the Ninth Circuit, there is "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The public interest in full disclosure of documents is grounded upon "ensuring the 'public's understanding of the judicial process and of significant public events.'" *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citations omitted). A party seeking to seal a judicial record bears the burden of overcoming the strong presumption of access. *Foltz*, 331 F.3d at 1135. Personal identifying information must be redacted in this District. *See* Local Rule IC 6-1. Further, "[d]ocuments containing commercially sensitive information have been held sealable in

this Circuit." *Orthopaedic Hosp. v. Encore Med., L.P.*, 2021 WL 1966121, at *2 (S.D. Cal. Apr. 12, 2021). The government moves to seal exhibits A1, A2, A3, B, C, E, G, and K to its sentencing memorandum, noting that those exhibits contain confidential legal and business information, and personal identifying information about home healthcare nurses. *See* ECF No. 728. Lopez moves to seal Exhibit A to his response to the opposition to the government's motion to access certain defense materials. *See* ECF No. 733.

Further, having reviewed each parties' motions, and related exhibit(s), I grant the government's motion **[ECF No. 728]** and Lopez's motion **[ECF No. 733]**. The Clerk of Court is kindly instructed to maintain the seal on the government's exhibits (ECF No. 727) and defendant's Exhibit A (ECF No. 732).

It is further ordered that Lopez's motion for leave to file excess pages **[ECF No. 724] is granted**.

Dated: October 7, 2025

_____
Cristina D. Silva
United States District Judge