**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>v.<br><br>EDUARDO RUBEN LOPEZ,<br>   a/k/a "Edward Lopez,"<br><br>   Defendant | Case No. 2:23-cr-00055-CDS-DJA<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

The Court finds as follows:

1. On April 14, 2025, Defendant Eduardo Ruben Lopez, also known as Edward or Eddie Lopez, was found guilty of Counts One through Six of a Six-Count Superseding Criminal Indictment: in Count One with price fixing in violation of 15 U.S.C. § 1 and in Counts Two through Six with wire fraud in violation of 18 U.S.C. § 1343. (Superseding Criminal Indictment, ECF No. 49; Minutes of Jury Trial, ECF No. 656; Jury Verdict, ECF No. 662.)

2.      Under Fed. R. Crim. P. 32.2(b)(1)-(2), the government has proven the amount for an in personam criminal forfeiture money judgment of **$10,459,817.50**. That amount corresponds to the illegal proceeds obtained by Defendant in the commission of the wire fraud offenses in violation of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B) the proceeds of which are subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

3.      Defendant shall pay an in personam criminal forfeiture money judgment of $10,459,817.50 to the government under Fed. R. Crim. P. 32.2(b)(1)-(2); 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

4.      On the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

5.      This in personam criminal forfeiture money judgment complies with Fed. R. Crim. P 32.2(b)(1)-(2), as well as the relevant statutory and legal framework.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Eduardo Ruben Lopez, a/k/a "Edward Lopez," an in personam criminal forfeiture money judgment of $10,459,817.50.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated: October 8, 2025

_____
Cristina D. Silva
United States District Judge