UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>　　　　Defendant. | 2:23-CR-00055-CDS-DJA<br><br>**DEFENSE STATUS REPORT REGARDING FORFEITURE HEARING UNDER RULE 32.2** |

　　　On August 22, 2025, the government filed a motion for a preliminary order of forfeiture (ECF Dkt. No. 710). On September 5, the defendant filed his opposition to the government's motion (ECF Dkt. No. 713). On September 12, the government filed its reply to the defendant's opposition (ECF Dkt. No. 714).

　　　On October 8, the Court issued an order granting the government's motion for a preliminary order of forfeiture (ECF Dkt. No. 747). The Court recently asked the defense to provide a status update regarding its request for a hearing on forfeiture. (ECF Dkt. No. 750)

　　　While the defense continues to oppose forfeiture for the reasons stated in its filing (ECF Dkt. No. 713), it does not anticipate calling any witnesses to support its arguments against forfeiture in this case. Because it has no "additional evidence or information" to present, the defense is no longer seeking a forfeiture hearing. Fed. R. Crim. P. 32.2(b)(1)(B).

　　　The undersigned calendared this status report for today based on the entry of the minutes of proceedings on October 16, 2025. If that was in error, the undersigned apologizes for the delay.

　　　*DATED this 30th day of October 2025.*

　　　　　　　　　　　　　　　　　　　　　DICKINSON WRIGHT, PLLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Beckwith*
　　　　　　　　　　　　　　　　　　　　　Michael M. Beckwith (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Email: MBeckwith@dickinson-wright.com
　　　　　　　　　　　　　　　　　　　　　615 National Avenue, Suite 220
　　　　　　　　　　　　　　　　　　　　　Mountain View, CA 94043
　　　　　　　　　　　　　　　　　　　　　Tel:　408-701-6200
　　　　　　　　　　　　　　　　　　　　　Fax:　844-670-6009

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Eduardo Ruben Lopez*

1