2:23-cr-00055-CDS-DJA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
      Plaintiff  )  Case No. 2:23-cr-00055-CDS-DJA
      )
v.  )
      )  ORDER TEMPORARILY
EDUARDO RUBEN LOPEZ,  )  UNSEALING NOTES
      Defendant  )

    On 11-12-2025, Samantha McNett, Court Reporter, received a Transcript Order form requesting the transcript of a **Motion Hearing and Imposition of Sentence,** in which a portion of the hearing was sealed held on 10-09-2025 from Josh Tomsheck.

    **IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Josh Tomsheck.

    **IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

    Dated: November 12, 2025

_____
CRISTINA D. SILVA
United States District Judge