FILED
ENTERED          RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 20 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

JEFFREY CRAMER (NYSBN 2621779)
MIKAL JENNA CONDON (CABN 229208)
ANDREW MAST (CABN 284070)
CONOR BRADLEY (NJBN 373722021)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 941092
Tel: 415.934.5300 / Fax: 415.934.5399
andrew.mast@usdoj.gov

SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar Number 5634
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00055-CDS-DJA |
| Plaintiff, | **UNITED STATES' MOTION FOR ORDER COMPELLING TESTIMONY** |
| v. | |
| EDUARDO RUBEN LOPEZ, a/k/a "Edward Lopez," | |
| Defendant. | |

The United States of America, by and through the undersigned, respectfully moves for an Order pursuant to the provisions of Title 18, United States Code, Section 6001, et seq., compelling Andrew Edrosa (hereinafter, "the witness") to give testimony and provide other information at sentencing in the above-captioned case.

1    1.    Pursuant to The Organized Crime Control Act of 1970, as codified in Title

2    18, United States Code, Section 6001, et. seq., the United States, with the approval of the

3    designated Deputy Assistant Attorney General, may move this Court for an Order

4    compelling the testimony of a witness who has refused, or will refuse, to testify on the basis

5    of his privilege against self-incrimination.

6    2.    No testimony or other information compelled under such an order (or any

7    information directly or indirectly derived from such testimony or other information) may be

8    used against the witness in any criminal case, except the prosecution for perjury, giving false

9    statement, or otherwise to comply with the Order.

10    3.    The witness has been subpoenaed to testify at the sentencing hearing in the

11    above-captioned case.  The witness has informed the United States that he intends to

12    invoke his right against self-incrimination and refuse to testify.

13    4.    On October 8, 2025, Deputy Assistant Attorney General Omeed Assefi

14    approved and authorized the United States Attorney's Office's request for immunity for the

15    witness, it being the judgment of the United States that the testimony from Andrew Edrosa

16    may be necessary to the public interest.  Deputy Assistant Attorney General Assefi's letter is

17    appended hereto as Exhibit A.  The United States represents that Deputy Assistant Attorney

18    General Assefi was designated by the Attorney General of the United States, pursuant to the

19    Organized Crime Control Act of 1970, to approve such requests for compulsion orders.

20    DATED: November 20, 2025    Respectfully submitted,

21    SUE FAHAMI
Executive Assistant United States Attorney

22

23    /s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

24

1

2

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,                    Case No. 2:23-cr-00055-CDS-DJA

4                      Plaintiff,

5           v.

6    EDUARDO RUBEN LOPEZ,
            a/k/a "Edward Lopez,"

7

                     Defendant.

8

9                                          **ORDER**

10          This matter coming on the United States' Motion for an Order compelling

11   testimony under a grant of immunity, the premises therein having been considered, and

12   good cause showing, the Court finds that Andrew Edrosa has refused, or will refuse, to

13   testify or provide other information on the basis of his privilege against self-incrimination;

14   and that pursuant to The Organized Crime Control Act of 1970, Deputy Assistant Attorney

15   General Omeed Assefi has approved the United States Attorney's Office's request for

16   immunity, it being the judgment of the United States that the testimony from Andrew

17   Edrosa may be necessary to the public interest.

18          THEREFORE, IT IS HEREBY ORDERED THAT: In accordance with the

19   Organized Crime Control Act of 1970, Title 18, United States Code, Section 6001 et seq.,

20   Andrew Edrosa shall give testimony or provide other information at sentencing, and any

21   other related proceedings, and that no testimony or other information given by Andrew

22   Edrosa pursuant to this Order or any information directly or indirectly derived from such

23   testimony or other information, may be used against him in any criminal case, except a

24

1  prosecution for perjury, giving a false statement, or otherwise failing to comply with the

2  Order.

3  DATED this 20th day of November, 2025

HON. CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

4

# EXHIBIT A



**U.S. Department of Justice**

Antitrust Division

*Office of the Deputy Assistant Attorney General*
*Washington, D.C. 20530*

October 8, 2025

Sue Fahami
Executive Assistant United States Attorney, District of Nevada
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

   Re: Immunity Request for Andrew Edrosa in *United States v. Eduardo Ruben Lopez*, No. 23-cr 555

Dear Executive Assistant United States Attorney Fahami:

  I write regarding the above-captioned case. Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(b), you are authorized to apply to the United States District Court for the District of Nevada for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring **Andrew Edrosa** to give testimony or provide other information in the above matter.

       Sincerely,

       Omeed Assefi
       Acting Deputy Assistant Attorney General