Dan W. Goldfine
(Admitted *Pro Hac Vice*)
Dan.Goldfine@stinson.com
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, AZ 85004
Tel:  (602) 279-1600
Fax: (602) 240-6925
*Attorney for Defendant Eduardo Ruben Lopez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO RUBEN LOPEZ,<br><br>Defendant. | Case No.: 2:23-CR-00055-CDS-DJA<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND CHANGE OF ADDRESS** |

Dan W. Goldfine, Co-Counsel for Defendant Eduardo Ruben Lopez gives notice of a change of his law firm affiliation and address and respectfully request that the Court, all counsel of record, and all parties in interest take notice of the following new contact information effective immediately:

Dan W. Goldfine
Dan.Goldfine@stinson.com
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
(602) 279-1600 Phone
(602) 240-6925 Fax

DATED: February 16, 2026.

**STINSON LLP**

By: */s/ Dan W. Goldfine*
Dan W. Goldfine (Admitted *Pro Hac Vice*)
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004

Tel: (602) 279-1600
Fax: (602) 240-6925
Dan.Goldfine@stinson.com

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Stinson LLP and that on February 16, 2026, pursuant to Federal Rule of Criminal Procedure 49(a), I served a true and correct copy of the foregoing Notice of Change of Law firm Affiliation and Change of Address through the Court's CM/ECF e-filing system to the parties below:

Jeffrey Cramer
Andrew Mast
Mikal Jenna Condon
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 941092
Tel: 415.934.5300
Fax: 415.934.5399
andrew.mast@usdoj.gov


Sue Fahami
Executive Assistant United States Attorneys
District of Nevada
Richard Anthony Lopez
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov

*Attorneys for the United States*

Mackenzie E. Robinson
DICKINSON WRIGHT, PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501-1991
Tel:  775-343-7500
MRobinson@dickinson-wright.com

Michael M. Beckwith (*pro hac vice*)
DICKINSON WRIGHT, PLLC
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: 408-701-6200
Fax: 844-670-6009
MBeckwith@dickinson-wright.com

Patrick J. Masterson (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Avenue Suite 4000
Detroit, MI 48226-3425
Tel: 313-223-3107
Fax: 844-670-6009
PMasterson@dickinson-wright.com

*Attorneys for Defendant Eduardo Ruben Lopez*

*/s/ Veronnica Collins*
An Employee of Stinson LLP

3